UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF TEXAS

SHERMAN DIVISION



FILED
OCT 18 2018
Clerk, U.S. District Court
Texas Eastern

FEYSAL GHAFFARI, Plaintiff, )(

V. )( CIVIL ACTION NO. 4:18-cv-288

Empire Petroleum Partners, LLC.et al. Defendant. )(

## NOTICE OF FILING OF BANKRUPTCY AUTOMATIC STAY

Plaintiff, Feysal Ghaffari, respectfully files this Notice to apprise the court that on September 04, 2018 Plaintiff Feysal Ghaffari filed a Chapter 13 Bankruptcy Petition in the U.S. Bankruptcy Court for the Eastern District of Texas, where it was assigned Case No. 18-41997.

Respectfully submitted,

Pro se Feysal Ghaffari
2301 All Saints Lane
Plano, Texas 75025
(972)527-1234

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of foregoing document has been served upon counsel of record Michael D. Donohue 5301 Spring Valley Rd. suite 200 Dallas, Texas 75254 via fax (972)788-2667 pursuant to the FRCP on October 18, 2018.

Feysal Ghaffari

Solo page